# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **JANNETTE GONZALEZ CLAUDIO** | CASE NO: **15-09164-ESL** |
| Debtor(s) | **Chapter 13** |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **11/19/2015**

Days From Petition Date: **167**

910 Days Before Petition: **05/23/2013**

Chapter 13 Plan Date: **01/04/2015** ☐ Amended

This is Debtor(s) 4 debtor obtained a discharge on 2014 Bankruptcy petition.

Payment(s) ☑ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____     Amount: $ _____

First Meeting Date: **01/07/2016 at 9:00AM**

341 Meeting Date: **05/03/2016 at 9:00AM**

Confirmation Hearing Date: **02/12/2016 at 11:00AM**

Plan Base: **$22,500.00**   Plan Docket #**10**

This is the 2nd scheduled meeting.

Total Paid In: **$1,500.00**

---

*APPEREANCES:   ☐ Telephone      ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK          Joint Debtor: ☐ Present ☐ Absent      ☐ ID & Soc. OK

☑ Examined      ☐ Not Examined under Oath          ☐ Examined      ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present   ☑ Present

Name of Attorney Present (Other than Attorney of Record):   RFC Jr.

☐ Pro-se

☐ Creditor(s) Present          ☑ None

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**     Paid Pre-Petition: **$132.00**   Outstanding (Through the Plan): **$2,868.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under ☑ Above Median Income          Liquidation Value: $ 3,196.00

Commitment Period is      ☐ 36 months   ☑ 60 months §1325(b)(1)(B)      Projected Disp. Inc.: $ 0.00

The Trustee:   ☐ NOT OBJECTS   ☑ OBJECTS   Plan Confirmation      Gen. Uns. Approx. Dist.: 1.18 %

§341 Meeting  ☐ CONTINUED  ☐ NOT HELD  ☑ CLOSED  ☐ HELD OPEN FOR _____ DAYS

§341 Meeting Rescheduled for:_____

Comments: Debtor is taking care of her ill mother.

---

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Debtor has failed to submit evidence of DSO income listed in Schedule I ($600.00).

[1325(a)(4)] Plan fails Creditors Best Interest Test.

Debtor has failed to assign a value for the Gran Vitara vehicle that remains under her name. Debtor testified that the same was junked.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to comply with Creditors Best Interest Test. [1325(a)(4)]

The minimum base at this moment is $26,700.00.

The plan fails to provide for 100+4.25% for the unsecured creditors who timely file their claims.

[1325(b)(1)(B)] Projected Disposable Income – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]

Debtor has failed to disclose the maturity date of the vehicle lease being paid directly to creditor (Scotiabank). At this time, the loan has a payment of $554.00 a month. Trustee to verify if a step up is needed in the plan.

Debtor's plan fails to include a provision stating that any surplus funds in Debtor's escrow account will be surrendered to fund the plan..

*OTHER COMMENTS / OBJECTIONS

Debtor received a discharge on August 25, 2015 from a previous Chapter 7 case 14-00117, Trustee to verify.

---

/s/ Jose R. Carrion, Esq.          Meeting Date: May 03, 2016

    **Trustee**

/s/ Nannette Godreau, Esq., Presiding Officer

---

Last Docket Verified: 16     Last Claim Verified: 3