**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**JANNETTE GONZALEZ CLAUDIO**
**aka JANNETTE GONZALEZ, aka JEANNETTE GONZALEZ**

xxx–xx–8869

Debtor(s)

Case No. **15–09164 ESL**

Chapter **13**

FILED & ENTERED ON 4/11/18

*ORDER ON ARREARS*

This case is before the Court on debtor's(s') opposition to the motion to dismiss filed by TRUSTEE alleging that debtor(s) has/have failed to comply with the confirmed Chapter 13 Plan (docket entry #37). Debtor(s) request(s) time to cure the arrears.

Debtor(s) is (are) hereby granted thirty (30) days from notice of this order to file evidence of being current. If the arrears are timely cured, the motion to dismiss shall be deemed denied. However, upon debtor's(s') failure to file evidence of being current, an order dismissing the case will be entered without further notice or hearing. Order due by 5/2/18.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, April 11, 2018 .

Enrique S. Lamoutte
United States Bankruptcy Judge