IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 15-09164/ESL |
| | * | |
| JANNETTE GONZALEZ CLAUDIO | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

### DEBTOR'S MOTION IN COMPLIANCE WITH ORDER DATED APRIL 11, 2018 DOCKET #38 RE: CURING OF PLAN PAYMENTS ARREARS

TO THE HONORABLE COURT:

**NOW COMES, JANNETTE GONZALEZ CLAUDIO,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On April 11, 2018, the Court issued the following *Order*:

   "**ORDER ON ARREARS**:
   This case is before the Court on debtor's(s') opposition to the motion to dismiss filed by TRUSTEE alleging that debtor(s) has/have failed to comply with the confirmed Chapter 13 Plan (docket entry #37). Debtor(s) request(s) time to cure the arrears.
   Debtor(s) is (are) hereby granted thirty (30) days from notice of this order to file evidence of being current. If the arrears are timely cured, the motion to dismiss shall be deemed denied. However, upon debtor's(s') failure to file evidence of being current, an order dismissing the case will be entered without further notice or hearing. Order due by 5/2/18" *Order on Arrears*, dated April 11, 2018, docket #38.

2. The Debtor respectfully submits that she has cured any and all arrears in her confirmed Plan payments to the Trustee. On April 27, 2018, she made one (1) $490.00 payment and on May 2, 2018, she made one (1) $490.00 payment to the Trustee, for a total sum of $980.00. Attached is evidence of the payments made to the Trustee.

3. The Debtor respectfully submits that she is up-to-date in the confirmed Plan payments, thus, respectfully requests the Court to take note of said Plan payments and deny the Trustee motion to dismiss, docket #37, in the above captioned case.

Page – 2-
Debtors' Motion in Compliance with Order
Case no. 15-09164/ESL13

**WHEREFORE**, Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with *Order on Arrears* dated April 11, 2018, docket #38, in the above case.

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send sent notice of same to: the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor Jannette Gonzalez Claudio, PO Box 1177, San Lorenzo, PR 00754.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 2nd day of May, 2018.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**Dimaris - RFC Law Office PSC / 787.744.7699**

**From:** "Janet Gonzaga" <luisjean.gonzaga39@gmail.com>
**Date:** Wednesday, May 2, 2018 6:35 AM
**To:** <dimaris@rfclawpr.com>
**Subject:** Fwd: Payment Confirmation caso 1509164 Jeannette González Claudio

Favor de llamar cualquier cosa gracias

Enviado desde mi iPhone

Inicio del mensaje reenviado:

> **De:** epayment@ch13-pr.com
> **Fecha:** 27 de abril de 2018, 3:11:56 p.m. GMT-4
> **Para:** luisjean.gonzaga39@gmail.com
> **Asunto: Payment Confirmation**
> **Responder a:** epayment@ch13-pr.com

Dear Jannett,

Thank you for using the JOSE CARRION TRUSTEE CHAPTER 13 DIVISION payment service. This is to confirm your authorization, on Apr 27,2018 at 15:11, for electronic debit from your funding account payable to JOSE CARRION TRUSTEE CHAPTER 13 DIVISION. The following account(s) will be paid, in the total amount of $491.00.

Account Number: 1509164
Confirmation Number: 293049444
Effective Date: Apr 27,2018
Payment Amount: $490.00
Fee: $1.00

If you have any questions, concerns or require clarification regarding this correspondence, please call 787-977-3535.

5/2/2018

**Dimaris - RFC Law Office PSC / 787.744.7699**

**From:** "Janet Gonzaga" <luisjean.gonzaga39@gmail.com>
**Date:** Wednesday, May 2, 2018 6:31 AM
**To:** <dimaris@rfclawpr.com>
**Subject:** Fwd: Payment Confirmation caso 1509164 Jeannette González Claudio.

Favor de llamar cualquier cosa

Enviado desde mi iPhone

Inicio del mensaje reenviado:

> **De:** epayment@ch13-pr.com
> **Fecha:** 2 de mayo de 2018, 12:53:58 a.m. GMT-4
> **Para:** luisjean.gonzaga39@gmail.com
> **Asunto: Payment Confirmation**
> **Responder a:** epayment@ch13-pr.com
>
> Dear Jannett ,
>
> Thank you for using the JOSE CARRION TRUSTEE CHAPTER 13 DIVISION payment service. This is to confirm your authorization, on May 2,2018 at 00:53, for electronic debit from your funding account payable to JOSE CARRION TRUSTEE CHAPTER 13 DIVISION. The following account(s) will be paid, in the total amount of $491.00.
>
> Account Number: 1509164
> Confirmation Number: 293969473
> Effective Date: May 2,2018
> Payment Amount: $490.00
> Fee: $1.00
>
> If you have any questions, concerns or require clarification regarding this correspondence, please call 787-977-3535.

5/2/2018