IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | * |
| | *    CASE NO. 15-09164/ESL |
| JANNETTE GONZALEZ CLAUDIO | * |
| | *    CHAPTER 13 |
| DEBTOR | * |

DEBTOR'S MOTION IN COMPLIANCE WITH
*ORDER* DOCKET NO. 52
RE: CURING OF POST-PETITION ARREARS
WITH SCOTIABANK PUERTO RICO

TO THE HONORABLE COURT:

NOW COMES, **JANNETTE GONZALEZ CLAUDIO,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On November 28, 2018, the Court issued the following *Order.*

    **"ORDER:**
    The motion filed by Debtor requesting extension of time of thirty (30) days to reply to the motion to dismiss (docket #51) is hereby granted. Order due by December 20, 2018. *Order,* dated November 28, 2018, docket no. 52.

2. The Debtor respectfully informs the Court that on December 13, 2018, the Debtor cured any and all post-petition mortgage loan arrears with Scotiabank. Attached is copy of receipt issued by Scotiabank that reflects a payment of $1,676.02 which amount covers the arrears in the mortgage payments.

3. The Debtor respectfully request this Honorable Court to grant the present motion in compliance with this Court's *Order,* docket no 52, and deny the motion to dismiss filed by Scotiabank, docket no. 49.

Debtor's Motion In Compliance With Order
Case no. 15-09164/ESL13

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with this Court's *Order* dated November 28, 2018, docket no. 52, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Jose R. Carrión Morales, Esq.; Jose F Cardona Jimenez, Esq., *Cardona Jimenez Law Office PSC*, Counsel for Scotiabank Puerto Rico; also certify that a copy of this motion was sent via US Mail to debtor Jannette González Claudio, PO Box 1177, San Lorenzo, PR 00754.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 19th day of December, 2018.

/s/ *Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Dimaris - RFC Law Office PSC / 787.744.7699

From: "Janet Gonzaga" <luisjean.gonzaga39@gmail.com>
Date: Friday, December 14, 2018 11:30 AM
To: <dimaris@rfclawpr.com>
Subject: Confirmación de pago 15-09164

Jeannette González 15-09164
Cualquier cosa me dejas saber Gracias
Enviado desde mi iPhone

Inicio del mensaje reenviado:

Asunto: Payment Confirmation

Payment Confirmation

SCOTIABANK OF PR- CCP
MORTGAGE DELINQ

Reference Number: 9416b7a862de:

Hello, JANNETTE GONZALEZ

We would like to let you know that **SCOTIABANK OF PR- CCP MORTGAGE DELINQ** has receive your payment.

Payment Details

| Account | Payment Description | Amount |
|---|---|---|
| 00000014271180 | Paid by Phone | $1,676.02 |
| **Transaction Date** | **Authorization Number** | **Payment Method** |
| 12/13/2018 1:18:55 PM | 571314 | (xxxxxxxx0247) |

Thank you for your payment. Please keep the following information as evidence of the payment.

Sincerely,
**SCOTIABANK OF PR- CCP MORTGAGE DELINQ**

12/18/2018