THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JANNETTE GONZALEZ CLAUDIO

DEBTOR

CASE NO. 15-09164/ESL

CHAPTER 13

### DEBTOR'S MOTION FOR EXTENSION OF TIME TO
### REPLY TO MOTION TO DISMISS, DOCKET #57

TO THE HONORABLE COURT:

**NOW COMES, JANNETTE GONZALEZ CLAUDIO,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On January 14, 2019, Scotiabank Puerto Rico ("Scotiabank") filed a Motion to Dismiss, docket #57, alleging that the Debtor has defaulted in her direct mortgage payments to said creditor in the amount of $2,596.35 (3 monthly payments).

2. The Debtor met with the undersigned attorney regarding this matter and respectfully submits that she did incur in direct post-petition arrears due to certain economic problems.

3. The Debtor respectfully submits to this Honorable Court that she needs thirty (30) days within to obtain the funds to cure the mortgage loan arrears owed to Scotiabank.

4. Therefore, the Debtor requests thirty (30) days to file evidence of curing the mortgage loan arrears, which extension of time to expire on March 16, 2019.

**WHEREFORE,** the Debtor through her undersigned attorney respectfully requests this Honorable Court grant the present motion and grant the requested extension of time, in the above captioned case.

**Page -2-**
**Debtor's Motion for Extension of Time**
**Case no. 15-09164/ESL13**

      **I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of

the Court using the CM/ECF filing system which sill send notice of same to: the Chapter 13

Trustee; I also certify that a copy of this motion was sent via US Mail to the Debtor, to her

address of record.

      **RESPECTFULLY SUBMITED**, in San Juan, Puerto Rico, this 14th day of

February, 2019.

                      **/s/Roberto Figueroa Carrasquillo**
                      USDC #203614
                      RFIGUEROA CARRASQUILLO LAW OFFICE PSC
                      ATTORNEY FOR PETITIONER
                      PO BOX 186 CAGUAS PR 00726
                      TEL NO. 787-744-7699/FAX 787-746-5294
                      EMAIL: rfigueroa@rfclawpr.com