# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**JANNETTE GONZALEZ CLAUDIO
aka JANNETTE GONZALEZ, aka JEANNETTE
GONZALEZ**

**xxx–xx–8869**

Debtor(s)

Case No. **15–09164 ESL**

Chapter **13**

FILED & ENTERED ON 2/15/19

*ORDER*

The motion filed by DEBTOR requesting extension of time of THIRTY (30) days to reply to the motion to dismiss at docket #58 (docket #60) is hereby granted. Order due by March 18, 2019.

IT SO ORDERED.

In San Juan, Puerto Rico, this Friday, February 15, 2019 .

Enrique S. Lamoutte
United States Bankruptcy Judge