**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN THE MATTER OF<br><br>JANNETTE GONZALEZ CLAUDIO<br><br>**Debtor** | CASE NO. 15-09164 ESL<br><br>CHAPTER 13 |

## MOTION TO WITHDRAW MOTION TO DISMISS

TO THE HONORABLE COURT:

Comes now SCOTIABANK DE PUERTO RICO through its undersigned attorney and respectfully states and prays as follows:

1. On January 14, 2019, SCOTIABANK DE PUERTO RICO filed a Motion to Dismiss under Section 11 U.S.C., Sec. 1307(c) (6).

2. SCOTIABANK DE PUERTO RICO is withdrawing its Motion to Dismiss because debtor paid post petition arrears claimed in said motion.

WHEREFORE, it is respectfully requested from this Honorable Court to accept the withdrawal of the Motion to Dismiss.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and to JOSE R. CARRION MORALES, US Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant to debtor(s) at theirs address of record in this case.

In San Juan, Puerto Rico, on the 14th day of March, 2019.

*CARDONA JIMENEZ LAW OFFICES, PSC*
Attorney for SCOTIABANK DE PUERTO RICO
PO Box 9023593
San Juan, PR 00902-3593
Tels: (787) 724-1303, Fax No. (787) 724-1369
E-mail: jf@cardonalaw.com

/s/José F. Cardona Jiménez, USDC PR 124504
jf@cardonalaw.com