IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JANNETTE GONZALEZ CLAUDIO<br><br><br>xx-xx-8869<br><br><br>Debtor(s) | CASE NO. 15-09164-ESL13<br>Chapter 13<br><br><br><br><br><br>FILED & ENTERED ON MAR/25/2019 |

ORDER GRANTING EXTENSION OF TIME

    Debtor's request for additional time to reply to the Trustee's motion to dismiss (docket entry #69) is hereby granted. The court grants this second and last extension. Upon failure to file evidence of being current within twenty-one (21) days, the case will be dismissed.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 25 day of March, 2019.

*Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge