IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 15-09164/ESL |
| | * | |
| JANNETTE GONZALEZ CLAUDIO | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

**DEBTOR'S MOTION IN COMPLIANCE WITH ORDER, DOCKET #70.**

TO THE HONORABLE COURT:

**NOW COMES, JANNETTE GONZALEZ CLAUDIO,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. Before the Court there is a motion to dismiss filed by the Chapter 13 Trustee, Docket no. 58, and Debtor's reply, Docket no. 69.

2. On March 25, 2019, this Honorable Court granted the Debtor twenty-one (21) days to file evidence of being current, Docket no. 70.

3. The Debtor hereby respectfully informs the Court that on March 25, 2019, she made one (1) $980.00 payment and April 10, 2019, she made one (1) $625.00 payment to the Trustee, for a total sum of $1,605.00. Attached is evidence of the payments to the Trustee.

4. The Debtor respectfully submits that she is up-to-date in the confirmed Plan payments, thus, respectfully requests the Court to take note of said Plan payments and deny the Trustee motion to dismiss, Docket no. 58, in the above captioned case.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with *Order* dated March 25, 2019, Docket no.70, in the above case.

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of

Page – 2-
Debtor's Motion in Compliance with Order
Case no. 15-09164/ESL13

the Court using the CM/ECF filing system which will send sent notice of same to: the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor Jannette Gonzalez Claudio, 1177, San Lorenzo, PR 00754.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 11th day of April, 2019.

/s/ *Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**Carmen - RFC Law Offices / 787-744-7699**

**From:** "Janet Gonzaga" <luisjean.gonzaga39@gmail.com>
**To:** <dimaris@rfclawpr.com>
**Sent:** Tuesday, April 09, 2019 11:11 PM
**Subject:** Payment Confirmation. 15-09164. Jeannette Gonzalez Claudio Para contestación de la moción.Gracias

**Fecha:** 23 de marzo de 2019, 9:11:04 p. m.
**Asunto: Payment Confirmation**

Dear Jannett ,

Thank you for using the JOSE CARRION TRUSTEE CHAPTER 13 DIVISION payment service. This is to confirm your authorization, on Mar 23,2019 at 21:10, for electronic debit from your funding account payable to JOSE CARRION TRUSTEE CHAPTER 13 DIVISION. The following account(s) will be paid, in the total amount of $981.00.

Account Number: 1509164
Confirmation Number: 592119940
Effective Date: Mar 25,2019
Payment Amount: $980.00
Fee: $1.00


If you have any questions, concerns or require clarification regarding this correspondence, please call 787-977-3535.

4/10/2019

Carmen - RFC Law Offices / 787-744-7699

**From:** "Janet Gonzaga" <luisjean.gonzaga39@gmail.com>
**To:** <dimaris@rfclawpr.com>
**Sent:** Tuesday, April 09, 2019 11:16 PM
**Subject:** Payment Confirmation 15-09164 Jeannette Gonzalez Claudio Para contestación de la moción Gracias.

@ch13-pr.com
Fecha: 9 de abril de 2019, 11:05:38 p. m. GMT-4

**Asunto: Payment Confirmation**
Responder a: epayment@ch13-pr.com

Dear Jannett ,

Thank you for using the JOSE CARRION TRUSTEE CHAPTER 13 DIVISION payment service. This is to confirm your authorization, on Apr 9,2019 at 23:04, for electronic debit from your funding account payable to JOSE CARRION TRUSTEE CHAPTER 13 DIVISION. The following account(s) will be paid, in the total amount of $626.00.

Account Number: 1509164
Confirmation Number: 596762812
Effective Date: Apr 10,2019
Payment Amount: $625.00
Fee: $1.00

If you have any questions, concerns or require clarification regarding this correspondence, please call 787-977-3535.