**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**JANNETTE GONZALEZ CLAUDIO**
**aka JANNETTE GONZALEZ, aka JEANNETTE GONZALEZ**

xxx−xx−8869

Debtor(s)

Case No. **15−09164 ESL**

Chapter **13**

FILED & ENTERED ON 8/22/19

### ORDER GRANTING EXTENSION OF TIME

Debtor's(s') request for additional time to answer the motion to dismiss filed by Scotiabank de PR (docket entry #78) is hereby granted, but limited to twenty−one (21) days .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, August 22, 2019 .

Enrique S. Lamoutte
United States Bankruptcy Judge